DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JONTAVIS A. BURGESS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2726

[March 18, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Jr., Judge; L.T. Case No. 432013CF001621.

Jontavis A. Burgess, Lake City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST, and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***